IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARGARET M. CULBERTSON  : CHAPTER 13
A/K/A MARGARET MARY CULBERTSON :
       Debtor  : BK. No. 13-15191 JKF

## ORDER

AND NOW, this 27th day of February, 2014, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, ~~and is hereby made an Order of this Court.~~

_____
JEAN K. FITZSIMON,
Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
111 S. INDEPENDENCE MALL, SUITE 583
PHILADELPHIA, PA 19106

BRAD J. SADEK, ESQUIRE, ESQUIRE
1315 WALNUT STREET, SUITE 302
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

MARGARET MARY CULBERTSON
1129 AGNEW DRIVE
DREXEL HILL, PA 19026-1807